JAMES McKNIGHT, JR., an Infant, by L. JAMES McKNIGHT, His Guardian ad litem, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*McKnight* v. *City of New York*, 121 App. Div. 924, affirmed.
(Submitted January 13, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 23, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly and Royal E. T. Riggs of counsel), for appellant.*

*J. Bronson Ker and M. P. O' Connor for respondent.*

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.